August 15, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

EX PARTE KERRY LEE BEAL

NO. 14-13-00494-CR

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be DISMISSED. The Court orders the appeal **DISMISSED** in accordance with its opinion.

We further order the mandate be issued immediately.

We further order this decision certified below for observance.